# EXHIBIT D



# OFFICIAL ONLINE STORE

## SIGNED AND UNSIGNED MERCHANDISE
### FROM MULTI-PLATINUM ARTIST TAYLOR SWIFT

My Account | Cart Contents | Checkout

WWW.TAYLORSWIFT.COM // WWW.MYSPACE.COM/TAYLORSWIFT

FAQS | SHIPPING CHARGES | RETURN POLICY / FORM | CONTACT US
CANCELLATION POLICY | PRIVACY POLICY | MAIL ORDER FORM

Home » Catalog » TAS-KCD



CD/DVD COMBO INCLUDES CD + GRAPHICS
WITH LYRICS AND THE [...]
FROM TAYLOR'S SELF-TITLED DEBUT RELEASE

Click to enlarge

## Taylor Swift Karaoke CD/DVD Combo

[TAS-KCD]

Want to sing like Taylor Swift? Here's your chance with Taylor Swift Karaoke. All 14 tracks from Taylor's self-titled debut album are included in the CD/DVD combo! With this bundled package, you get the instrumental tracks in two different formats: CD+G, which can be played in karaoke machines or as instrumental tracks in a cd player, and a DVD with karaoke-style lyrics so you can sing karaoke through your computer, riding in the car or having fun with your friends.

**$15.00**

[ ADD TO CART ]

4/1/2009

Richards & Southern Taylor Swift Karaoke CD/DVD C...



# OFFICIAL ONLINE STORE

## SIGNED AND UNSIGNED MERCHANDISE FROM MULTI-PLATINUM ARTIST TAYLOR SWIFT

WWW.TAYLORSWIFT.COM // WWW.MYSPACE.COM/TAYLORSWIFT

FAQS | SHIPPING CHARGES | RETURN POLICY/FORM | CONTACT US
CANCELLATION POLICY | PRIVACY POLICY | MAIL ORDER FORM

My Account | Cart Contents | Checkout

Home » Catalog » TAS-CD-F



## Taylor Swift Cd-Fearless
### [TAS-CD-F]

Taylor Swift's November 11, 2008 album release, "Fearless."
13 songs PLUS the hit single, "Love Story" music video and
"Change" music video.

**Track Listing:

1. Fearless

2. Fifteen

3. Love Story

4. Hey Stephen

5. White Horse

6. You Belong With Me

7. Breathe

8. Tell Me Why



Click to enlarge

richardsandsouthern.com/store/product_info.php?cP...

3

Richards & Southern Taylor Swift Cd-Fearless [TAS-C...

9. You're Not Sorry

10. The Way I Loved You

11. Forever & Always

12. The Best Day

13. Change

**$15.00**

ADD TO CART



Case 3:09-cv-00442    Document 1-4    Filed 05/18/09    Page 5 of 30 PageID #: 43



# Taylor Swift
## OFFICIAL ONLINE STORE

SIGNED AND UNSIGNED MERCHANDISE
FROM MULTI-PLATINUM ARTIST TAYLOR SWIFT

WWW.TAYLORSWIFT.COM // WWW.MYSPACE.COM/TAYLORSWIFT

FAQS | SHIPPING CHARGES | RETURN POLICY/FORM | CONTACT US
CANCELLATION POLICY | PRIVACY POLICY | MAIL ORDER FORM

My Account | Cart Contents | Checkout

Home >> Catalog >> TAS-CD-H

## Taylor Swift Holiday CD
[TAS-CD-H]



Click to enlarge

This holiday cd was a Target exclusive for the 2007
Christmas season that is now available to Taylor's fans!

Track listing:

1. Last Christmas

2. Christmases When You Were Mine

3. Santa Baby

4. Silent Night

5. Christmas Must Be Something More

6. White Christmas

**$10.00**

[ ADD TO CART ]

4/1/2009 Richards & Southern Taylor Swift Holiday CD [TAS-C...

2/2

Case 3:09-cv-00442    Document 1-4    Filed 05/18/09    Page 7 of 30 PageID #: 45

Taylor Swift

4/1/2009

Taylor Swift



8

http://taylorswift.com/



*News*

March 30 - Taylor will appear on The **Tonight Show with Jay Leno** for a performance and interview this Thursday, **April 2**. The Tonight Show with Jay Leno airs nationwide on NBC.

March 30 - Taylor scored her **4th #1 country single** this week with "White Horse" from her triple platinum album *Fearless*. Thanks to all the fans

March 23 - *Rolling Stone* named Taylor to their list of **The 100 People Who Are Changing America**. Click here

*Press Releases*

Click Here for Taylor's
Latest Press Releases &
Media

home
taylor
news
media
BUY
TAYLOR
STORE
community
gallery
see
taylor
EMAIL
SIGN-UP
contact

Enter Your Email Address Here     Enter your Zip     Sign Up!



FOR ALL OF YOU WHO LIVE IN EUROPE AND ARE AWAITING THE RELEASE OF TAYLOR'S NEW ALBUM, YOU CAN ALREADY PRE-ORDER YOUR COPY OF THE ALBUM ON ITUNES AND SECURE SOME EXCLUSIVE EXTRAS!!!

PAN-EU STORE

UK STORE

ACM NOMINEE
44th ACADEMY OF COUNTRY MUSIC AWARDS
LIVE! SUN. APRIL 5 8 ET/PT

Case 3:09-cv-00442    Document 1-4    Filed 05/18/09    Page 11 of 30 PageID #: 49

Taylor Swift





FOR ALL OF YOU WHO LIVE IN EUROPE AND ARE AWAITING THE RELEASE OF TAYLOR'S NEW ALBUM, YOU CAN ALREADY PRE-ORDER YOUR COPY OF THE ALBUM ON ITUNES AND SECURE SOME EXCLUSIVE EXTRAS!!!

PAN-EU STORE

UK STORE

ACM NOMINEE

44th
ACADEMY
of COUNTRY MUSIC
AWARDS

LIVE! SUN. APRIL 5 8 ET/PT

back

FEARLESS ............... play
FIFTEEN ............... play
LOVE STORY ............... play
HEY STEPHEN ............... play
WHITE HORSE ............... play
YOU BELONG WITH ME ............... play
BREATHE ............... play
TELL ME WHY ............... play
YOU'RE NOT SORRY ............... play
THE WAY I LOVED YOU ............... play
FOREVER & ALWAYS ............... play
THE BEST DAY ............... play
CHANGE ............... play

lyrics

home
taylor
news
media
BUY TAYLOR STORE
community
gallery
see taylor
EMAIL SIGN-UP
contact

Enter Your Email Address Here | Enter your Zip | Sign Up!



TAYLOR SWIFT VIDEOS

Watch the making of the video at GACTV.com now »

On The Set With
Taylor Swift

Love Story

## Music Videos

**White Horse**
Official Music Video

Love Story

http://taylorswift.com/videopage.html

15

Taylor Swift Videos

Official Music Video

**Should've Said No**
Official Music Video

**Picture To Burn**
Official Music Video

**Our Song**
Official Music Video

**Teardrops On My Guitar**
Official Music Video

**I'm Only Me When I'm With You**
Official Music Video

Case 3:09-cv-00442    Document 1-4    Filed 05/18/09    Page 17 of 30 PageID #: 55

**Tim McGraw**
Official Music Video

## Video Blogs

| | |
|---|---|
| I hope it's gonna make you notice | Those Stars burn like diamonds |
| Thanksgiving break and The Academy Is... | #1 with a bullet. |
| November 11th. | You change your mind like a girl changes clothes. |
| Rascal Flatts tour and Grey's Anatomy : ) | Philadelphia : ) |
| London!!! | Taylor And "Friends" |
| :-) | TRL Recap! |
| Wannabe | My band has bad private plane manners. |
| First fans with my CMT Award. | Instructional Video |
| Behind The Scenes @ CMA Music Festival | Taylor Swift Video Update 02-25-08 |

Case 3:09-cv-00442    Document 1-4    Filed 05/18/09    Page 18 of 30 PageID #: 56



## Misc

| | |
|---|---|
| AOL Sessions Performance | Taylor Swift Featured On Artist Direct Online Network |
| Taylor Swift: STRIPPED | CMT LOADED QUESTIONS |
| Taylor Swift Featured On Taylor Guitars Homepage | Taylor Swift on Ellen |
| CMT UNPLUGGED 330 SESSIONS: Sneak Peek | Taylor Swift "Change" Video On Yahoo! Music |
| Taylor Swift Featured In AT&T Blue Room With Exclusive Interview & Performances | Taylor Swift Featured On AOL Music Homepage - 11 Questions Interview |
| Taylor Swift Featured On Windows Media Landing Pages | Taylor Swift Music Choice BIG! Artist Feature - LIVE This Month |
| Taylor Featured in Citadel Broadcast Interviews: One New Question Each Day | MySpace Presents: The Fit featuring Taylor Swift |
| Taylor Swift Exclusive Video Interview Featured Across MSN Network | |

Case 3:09-cv-00442    Document 1-4    Filed 05/18/09    Page 19 of 30 PageID #: 57

ENTER FOR A CHANCE TO MEET TAYLOR AT ONE OF HER SHOWS!!

If you already have tickets to one of Taylor's upcoming shows, and you'd like to enter a random drawing for "MEET & GREET" passes, please supply all the information requested below and then click the "Submit" button. Please note that Meet & Greet passes alone will not get you into the concert. You must already have tickets in order to obtain and use the Meet & Greet passes. Tickets are not provided. You must complete all data fields in order to be considered for the drawing. Good luck!!

First Name:

http://taylorswift.com/meetandgreet_signup.html

19



Passes at
Will Call:   This person must have and present a valid driver's license/ID in order to pick up passes at the show.

1

March 20 - Houston Livestock Show and Rodeo (Houston, TX)

Passes are based on availability and may not be awarded for all shows.

Zip Code:

Submit

**You only need to enter once. Multiple entries do not increase your chances of being chosen!**

The information submitted on this form will be used to qualify each fan for the drawing and will only be used to contact a fan if his/her name is drawn.

Case 3:09-cv-00442     Document 1-4     Filed 05/18/09     Page 21 of 30 PageID #: 59

Taylor Swift Richards & Southern



*Taylor Swift*
OFFICIAL ONLINE STORE

SIGNED AND UNSIGNED MERCHANDISE
FROM MULTI-PLATINUM ARTIST TAYLOR SWIFT

WWW.TAYLORSWIFT.COM // WWW.MYSPACE.COM/TAYLORSWIFT

FAQS | SHIPPING CHARGES | RETURN POLICY/FORM | CONTACT US
CANCELLATION POLICY | PRIVACY POLICY | MAIL ORDER FORM

My Account | Cart Contents | Checkout

Home » Catalog

TAS-SB-F
Taylor Swift **Songbook** Fearless
$17.00
buy now
TAS-CD

TAS-SB-OS
Taylor Swift **Songbook** Our
Song
$17.00
buy now
TAS-CD-15

TAS-KCD
Taylor Swift Karaoke CD/DVD
Combo
$15.00
buy now
TAS-CD-H

TAS-CD-F
Taylor Swift Cd-Fearless
$15.00
buy now
TAS-CAL09

Taylor Swift Richards & Southern



Case 3:09-cv-00442    Document 1-4    Filed 05/18/09    Page 23 of 30 PageID #: 61

Taylor Swift Richards & Southern



Case 3:09-cv-00442     Document 1-4     Filed 05/18/09     Page 24 of 30 PageID #: 62

Taylor Swift Richards & Southern



**Taylor Swift**

## OFFICIAL ONLINE STORE

SIGNED AND UNSIGNED MERCHANDISE
FROM MULTI-PLATINUM ARTIST TAYLOR SWIFT

WWW.TAYLORSWIFT.COM // WWW.MYSPACE.COM/TAYLORSWIFT

FAQS | SHIPPING CHARGES | RETURN POLICY/FORM | CONTACT US
CANCELLATION POLICY | PRIVACY POLICY | MAIL ORDER FORM

My Account | Cart Contents | Checkout

Home » Catalog

TAS-D-WD

Taylor Swift Doll - White
Sundress!
$14.99
buy now

TAS-PCP

TAS-D-PD

Taylor Swift Doll-Pink Dress!
$14.99
buy now

TAS-RET

TAS-BHT

Taylor Swift Black Henley
$35.00
buy now

TAS-APRT

TAS-BOH

Taylor Swift Burnt Orange
Sweatshirt
$35.00
buy now

TAS-YHT

Taylor Swift Richards & Southern



Taylor Swift ADULT AND YOUTH
Yellow Haze Tee
$25.00
buy now
TAS-PGT

Taylor Swift ADULT Dark Purple
Tee
$25.00
TAS-WHT

Taylor Swift Ladies Pink Tee
$25.00
buy now
TAS-8x10-F

Taylor Swift ADULT AND YOUTH
White Tee
$20.00
buy now
TAS-PBAN

Taylor Swift ADULT AND YOUTH
Red Tee
$25.00
buy now
TAS-RRT

Taylor Swift Red Ringer Ladies
Tee
$25.00
buy now
TAS-BRFC

Taylor Swift Pink Capri Sweats
$65.00
buy now
TAS-VGT

Taylor Swift Vintage Lyric Tee
$20.00
buy now
TAS-PRT

Taylor Swift Richards & Southern



Taylor Swift YOUTH Purple (Violet) Tee
$20.00
buy now
TAS-8X10-AC

Taylor Swift Brown Fidel Cap
$20.00
buy now
TAS-SWTOMG

Taylor Swift Pink Bandana
$10.00
buy now
TAS-SWTM

Taylor Swift 8x10 - Flowers
$5.00
buy now
TAS-BKT

Taylor Swift 8x10 Photo - Album Cover
$5.00
buy now

Taylor Swift Sheet Music - Teardrops
$8.00
buy now

Taylor Swift Sheet Music - Tim McGraw
$8.00
buy now

Taylor Swift Black Soul to Soul Tee
$20.00
buy now



**Taylor Swift**

OFFICIAL ONLINE STORE

SIGNED AND UNSIGNED MERCHANDISE
FROM MULTI-PLATINUM ARTIST TAYLOR SWIFT

WWW.TAYLORSWIFT.COM // WWW.MYSPACE.COM/TAYLORSWIFT

My Account | Cart Contents | Checkout

FAQS | SHIPPING CHARGES | RETURN POLICY /FORM | CONTACT US
CANCELLATION POLICY | PRIVACY POLICY | MAIL ORDER FORM

Home » Catalog » Shipping Charges

Shipping Charges

## SHIPPING CHARGES

| ORDER TOTAL | US/CANADA | INT'L |
|---|---|---|
| $0.00-$1.00 | $3.00 | $6.00 |
| $1.01-$10.00 | $4.00 | $8.00 |
| $10.01-$20.00 | $5.00 | $10.00 |
| $20.01-$30.00 | $6.00 | $12.00 |
| $30.01-$40.00 | $7.00 | $14.00 |
| $40.01-$50.00 | $8.00 | $16.00 |
| $50.01-$70.00 | $9.00 | $18.00 |
| $70.01-$80.00 | $10.00 | $20.00 |
| $80.01-$100.00 | $11.00 | $22.00 |
| $100.01 and up | $12.50 | $25.00 |

Shipping charges apply to only one address.
Split shipments to separate addresses require a
separate shipping charge for each address. All orders
must be paid in U.S. currency. Orders shipped
outside the United States will be shipped via Airmail.

Case 3:09-cv-00442     Document 1-4     Filed 05/18/09     Page 28 of 30 PageID #: 66



Case 3:09-cv-00442    Document 1-4    Filed 05/18/09    Page 29 of 30 PageID #: 67

## SHIPPING CHARGES

| ORDER TOTAL | US/CANADA | INT'L |
|---|---|---|
| $0.00-$1.00 | $3.00 | $6.00 |
| $1.01-$10.00 | $4.00 | $8.00 |
| $10.01-$20.00 | $5.00 | $10.00 |
| $20.01-$30.00 | $6.00 | $12.00 |
| $30.01-$40.00 | $7.00 | $14.00 |
| $40.01-$50.00 | $8.00 | $16.00 |
| $50.01-$70.00 | $9.00 | $18.00 |
| $70.01- $80.00 | $10.00 | $20.00 |
| $80.01- $100.00 | $11.00 | $22.00 |
| $100.01 and up | $12.50 | $25.00 |

Shipping charges apply to only one address.
Split shipments to separate addresses require a
separate shipping charge for each address. All orders
must be paid in U.S. currency. Orders shipped
outside the United States will be shipped via Airmail.